POTTAWATOMIE COUNTY, EXCISE BOARD, v. LOWDEN et al.

No. 30264.   July 1, 1941.

*115 P. 2d 119.*

Claude Hendon, County Atty., and Byron Lamun, Asst. Co. Atty., both of Shawnee, for plaintiff in error.

W. L. Farmer, of Oklahoma City, for defendants in error.

DAVISON, J.   It has been stipulated between the parties to this appeal that both the facts and law in this appeal are identical with the facts and law involved in cause No. 30265, entitled Pottawatomie County, Excise Board, v.

Standish Pipe Line Co. et al., 189 Okla. 201, 115 P. 2d 118.

This case is therefore governed by the opinion in cause No. 30265, this day decided.

The protest is denied.

WELCH, C. J., CORN, V. C. J., and RILEY, OSBORN, BAYLESS, HURST, and ARNOLD, JJ., concur. GIBSON, J., dissents.